**BUSBY v. STATE.**
No. 23946.

Court of Criminal Appeals of Texas.

March 3, 1948.

No appearance for appellant.

Ernest S. Goens, State's Atty., of Austin, for the State.

GRAVES, Judge.

The conviction is for the offense of burglary. The punishment assessed is confinement in the state penitentiary for a period of two years.

The indictment appears regular, as well as all other matters of procedure. The

record is before this court without a statement of facts or bills of exception, in the absence of which no question is presented for review.

The judgment of the trial court is affirmed.